MARGARET MEHAN, Administratrix, etc., Respondent, *v.*
THE SYRACUSE, BINGHAMTON AND NEW YORK RAILROAD
CORPORATION, Appellant.

It cannot be affirmed, as matter of law, that an engineer, while running
an engine upon a railroad, has the same opportunity as the corporation,
or whatever subordinates may represent it, whose duty it is to keep the
track in repair, to ascertain and know of defects; and in case of injury
to him, in consequence of such defects, he cannot be deemed guilty of
contributory negligence, simply because he knew that the track was
somewhat out of repair.

*It seems,* however, that if the engineer knew that the track was so badly out
of repair that it was dangerous to run over it, by continuing in the employ-
ment after such knowledge, he assumed the risk, and the corporation is
not liable for the injury.

(Argued February 13, 1878; decided March 19, 1878.)

THIS was an action to recover damages for the death of
Peter Mehan, plaintiff's intestate, alleged to have been caused
by defendant's negligence. Mehan was an engineer in the
employ of defendant, and was killed by his engine running
off the track. It was not disputed on the trial, but that the
track was badly out of repair. The evidence tended to show
that, at the place of the accident, the rails were short and
insecurely fastened, and that the accident was occasioned by
one of these rails being shoved from its place. Defendant's
counsel moved for a nonsuit on the ground that Mehan knew
of the defects, and, therefore, could not recover. The motion
was denied, and said counsel duly excepted. The court
charged, in substance, that if the deceased knew the real

nature of the defects in the track, or might or ought to have known them, then he could not recover. *Held*, no error ; and that under the evidence the question was one of fact for the jury, the court laying down the rule above stated.

Upon the question of the liability of defendant to its employees the court cited *Laning* v. *N. Y. C. R. R. Co.* (49 N. Y., 521); *Flike* v. *B. and A. R. R. Co.* (53 id., 549); *Plank* v. *N. Y. C. and H. R. R. Co.* (60 id., 607); *Bennet* v. *Watson*, 3 M. & W., 1; *Robson* v. *Crawley*, 2 H. & N., 767; *New Brunswick R. Co.* v. *Boore*, 3 id., 257); *Gibson* v. *E. R. Co.* (63 N. Y., 449).

*Wm. C. Ruger* for appellant.

*D. Pratt* for respondent.

*Per Curiam.* Opinion for affirmance.

All concur, except RAPALLO, J., not voting ; ANDREWS, J., taking no part.

Judgment affirmed.